# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151601 & (23)(28)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

QUAN DORSEY,
        Defendant-Appellant.

SC: 151601
COA: 323688
Wayne CC:  11-003355-FC
                    11-003356-FC
                    11-003357-FC
                    11-003361-FC

_____/

On order of the Court, the application for leave to appeal the March 12, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions to remand and for summary disposition are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2016



Clerk

p0414